United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18455-mdc
Odiljon Turdiev                                                         Chapter 7
Durdona Turdieva
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Lisa              Page 1 of 2              Date Rcvd: Dec 16, 2016
                           Form ID: 309A           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db/jdb         +Odiljon Turdiev,   Durdona Turdieva,   13151 Bustleton Avenue,   Apt E3,
                 Philadelphia, PA 19116-1648
13833242        Altan Financial LP,   PO Box 72290,   Houston TX 77227
13833243        Aria Health,   PO BOX 8500-6395,   Philadelphia, PA 19178-6395
13833245       +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13833246        Best Buy Credit Services,   P.O. Box 9001007,   Louisville, KY 40290-1007
13833254        E-ZPass,   Violations Processing Center,   P.O. Box 15186,   Albany, NY 12212-5186
13833255       +E.S. Borjenson&Associates, LLC.,   1500 Walnut Street, Suite 413,   Philadelphia, PA 19102-3503
13833256        HCFS Healthcare Financial Services, LLC,   Akron Billing Center,   3585 Ridge Park DR,
                 Akron, OH 44333-8203
13833258       +LS Truck Tire Repair,   8701 Torresdale Avenue A,   Philadelphia, PA 19136-1521
13833262      ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
13833259       +Nazareth Hospital,   P.O. Box 7780-3037,   Philadelphia, PA 19182-0001
13833260       +New Hampshire D.O.T. E-ZPass,   P.O. Box 9440,   Trenton, NJ 08650-1440
13833261       +New Jersey TP Authority E-ZPass,   Violation Processing Center,   P.O. Box 4971,
                 Trenton, NJ 08650-4971
13833263       +PA Turnpike TOLL BY PLATE,   8000C Derry Street,   Harrisburg, PA 17111-5200
13833264      #+PA Uninsured Employers Guarantee Fund,   P.O. Box 1774,   Harrisburg, PA 17105-1774
13833265       +PECO,   PO Box 13439,   Philadelphia, PA 19101-3439
13833268       +PGW,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13833266        PennCredit Corporation,   916 S. 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
13833267       +Pennsylvania Turnpike Commision,   Violation Proccessing Center,   8000 C Derry Street,
                 Harrisburg, PA 17111-5287
13833269        Philadelphia Department of Revenue,   Municipal Services Building,   1401 J.F.K. Boulevard,
                 Taxpayer Services - Public Services Conc,   Philadelphia, PA 19102
13833270       +Philadelphia Water Department,   Water Revenue Bureau,   1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13833271       +Pioneer Credit Recovery Inc.,   26 Edward Street,   Arcade, NY 14009-1012
13833272       +Professional Account Management, LLC,   PO Box 1520,   Milwaukee, WI 53201-1520
13833273       +Radiology Affilates of Central NJ,   PO Box 780,   Longmont Co 80502-0780
13833274       +Rapid Capital Finance, LLC,   F/K/A RCF Aquisition CO, LLC,
                 11900 Biscayne Boulevard, Suite 201,   Miami, Florida 33181-2756
13833277       +Trumark Financial Cu,   1000 Northbrook Dr,   Trevose, PA 19053-8430
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: john@erikjensenlaw.com Dec 17 2016 01:55:09     ERIK B. JENSEN,
                 Erik B. Jensen, Esquire,   1528 Walnut Street,   Suite 1401,   Philadelphia, PA  19102
tr             +EDI: QLEFELDMAN.COM Dec 17 2016 01:38:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg             E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:56:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 17 2016 01:56:24     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13833247        EDI: BANKAMER.COM Dec 17 2016 01:38:00     Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
13833244       +EDI: TSYS2.COM Dec 17 2016 01:38:00     Barclays Bank Delaware,   Po Box 8803,
                 Wilmington, DE 19899-8803
13833248       +EDI: CAPITALONE.COM Dec 17 2016 01:38:00     Capital One Bank Usa N,   Pob 30281,
                 Salt Lake City, UT 84130-0281
13833249        EDI: CAPITALONE.COM Dec 17 2016 01:38:00     Capital One USA, N.A.,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
13833250       +EDI: CITICORP.COM Dec 17 2016 01:38:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13833251       +EDI: WFNNB.COM Dec 17 2016 01:38:00     Comenity Bank/dressbrn,   Po Box 182789,
                 Columbus, OH 43218-2789
13833252       +EDI: WFNNB.COM Dec 17 2016 01:38:00     Comenity Bank/vctrssec,   Po Box 182789,
                 Columbus, OH 43218-2789
13833253       +EDI: DISCOVER.COM Dec 17 2016 01:38:00     Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
13833257        EDI: IRS.COM Dec 17 2016 01:38:00     IRS,   4800 Buforf Hwy,   Chamblee, GA 39901-0021
13833275       +EDI: STFM.COM Dec 17 2016 01:38:00     State Farm Financial S,   3 State Farm Plaza N-4,
                 Bloomington, IL 61791-0002
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2                   Date Rcvd: Dec 16, 2016
                              Form ID: 309A           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13833276        Toyota Camry
                                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Odiljon  Turdiev john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              ERIK B. JENSEN    on behalf of Joint Debtor Durdona  Turdieva john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Odiljon Turdiev** | Social Security number or ITIN | xxx–xx–0814 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Durdona Turdieva** | Social Security number or ITIN | xxx–xx–4254 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  7 | **12/7/16** |
| Case number: | **16–18455–mdc** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Odiljon Turdiev | Durdona Turdieva |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13151 Bustleton Avenue<br>Apt E3<br>Philadelphia, PA 19116 | 13151 Bustleton Avenue<br>Apt E3<br>Philadelphia, PA 19116 |
| 4. | **Debtor's attorney**<br>Name and address | ERIK B. JENSEN<br>Erik B. Jensen, Esquire<br>1528 Walnut Street<br>Suite 1401<br>Philadelphia, PA 19102 | Contact phone 215–546–4700<br>Email:  john@erikjensenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices PC<br>221 N. Cedar Crest Blvd.<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 12/16/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 11, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/12/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |