| | |
|---|---|
| ERIK B. JENSEN, ESQUIRE<br>CHRISTOPHER F. BAGNATO, ESQUIRE †<br>JOHN R. JOHNSON, ESQUIRE † | **LAW OFFICES - ERIK B. JENSEN, P.C.**<br>Attorneys at Law<br>1528 Walnut Street - Suite 1401<br>Philadelphia, Pennsylvania 19102 |

†Admitted PA & NJ

*Admitted in NJ & NY

Of Counsel
James E. Pittman, Esquire *
Akeem J. Parsons, Esquire

OFFICE:     (215) 546-4700
FAX:          (215) 546-7440
Web Page:   www.erikjensenlaw.com

In Re:     **Odiljon Turdiev and**            Case No: 16-18455-MDC
           **Durdona Turdieva**                Chapter 7
           **Debtors**

### NOTICE OF 341 MEETING OF CREDITORS

TO:     All Creditors

NOTICE is hereby given that the continued 341 hearing is currently re-scheduled to be held on **02/08/17 at 2:00PM** at 833 Chestnut Street, Suite 500, Philadelphia, PA 19107.

Dated:  01/20/17

                                                                Erik B. Jensen, P.C.